THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE L. WILSON, Jr., Appellant. [899 NYS2d 683]—Motion to dismiss granted. Memorandum: Appeal unanimously dismissed and matter remitted to Ontario County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Martoche, Smith, Centra and Fahey, JJ.